IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GABRIEL TOLBERT, Individually and**                    **PLAINTIFF**
**on Behalf of Others Similarly Situated**

vs.                    No. 4:20-cv-225-LPR

**B & S CONSOLIDATED ENTERPRISE, INC.**                    **DEFENDANT**

## JOINT NOTICE OF LIABILITY SETTLEMENT

       The purpose of this Joint Notice of Liability Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve Plaintiff's alleged unpaid wages and liquidated damages. The parties have not agreed on court costs or a reasonable attorney's fee. The parties are in the process of finalizing settlement documents and expect to file their dismissal papers within twenty-one (21) days from the filing of this Joint Notice of Liability Settlement. If the parties cannot agree on costs and a reasonable fee, Plaintiff will submit a petition for an award of attorney's fees. In light of the settlement negotiations, the parties request that all pending deadlines be stayed.

                                                       Respectfully submitted,

                                                       **PLAINTIFF GABRIEL TOLBERT,**
                                                       **Individually and on Behalf of All**
                                                       **Others Similarly Situated**

                                                       SANFORD LAW FIRM, PLLC
                                                       One Financial Center
                                                       650 South Shackleford Road, Suite 411
                                                       Little Rock, Arkansas 72211
                                                       Telephone: (501) 221-0088
                                                       Facsimile: (888) 787-2040

        Lydia H. Hamlet
        Ark. Bar No. 2011082
        lydia@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**   **DEFENDANT B & S CONSOLIDATED ENTERPRISES, INC.**

        MATTHEWS, CAMPBELL, RHOADS,
        McCLURE & THOMPSON, P.A.
        119 South 2nd Street
        Rogers, AR 72756-4525
        Telephone: (479) 636-0875
        Facsimile: (479) 636-8150

        */s/ London K. Lundstrum*
        London K. Lundstrum
        Ark. Bar No. 2019151
        lkl@mcrmt.com