IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GABRIEL TOLBERT, Individually and**                                              **PLAINTIFF**
**on Behalf of Others Similarly Situated**

vs.                          No. 4:20-cv-225-LPR

**B & S CONSOLIDATED ENTERPRISE, INC.**                                **DEFENDANT**

## JOINT NOTICE OF REMAINING SETTLEMENT

On January 22, the Parties filed a Joint Stipulation of Partial Dismissal, dismissing with prejudice all of Plaintiff's substantive claims, leaving open only the issue of attorney's fees and costs to be paid to Plaintiff's Counsel. The purpose of this Joint Notice of Remaining Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement that resolves Plaintiff's right to attorney's fees and costs. The Parties expect to file dismissal papers as to the remaining claims within 14 days from the filing of this Joint Notice of Remaining Settlement. Due to the Parties' agreement, a petition for attorneys' fees and costs is no longer forthcoming.

Respectfully submitted,

**PLAINTIFF GABRIEL TOLBERT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

Lydia H. Hamlet
Ark. Bar No. 2011082
lydia@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **DEFENDANT B & S CONSOLIDATED ENTERPRISES, INC.**

MATTHEWS, CAMPBELL, RHOADS,
McCLURE & THOMPSON, P.A.
119 South 2nd Street
Rogers, AR 72756-4525
Telephone: (479) 636-0875

*/s/ London K. Lundstrum*
London K. Lundstrum
Ark. Bar No. 2019151
lkl@mcrmt.com